```
                   UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY


----------------------------------
                                  :
 HAIM YUZARY,                     :
                                  :
         Petitioner,              :  CIVIL NO. 05-5917(NLH)
                                  :
     v.                           :
                                  :           ORDER
 CHARLES SAMUELS, JR.,            :
                                  :
         Respondent.              :
                                  :
----------------------------------
```

**APPEARANCES:**

Justin T. Loughry
330 Market Street
Suite-1
Camden, NJ 08102
*And*
Steven Jay Rozan
5051 Westheimer Road
Suite-725
Houston, TX 77056

*Attorneys for Petitioner*

United States Dept. of Justice - U.S. Attorneys Office
By: J. Dorothy Donnelly, AUSA
402 East State Street
Trenton, NJ 08608

*Attorney for Respondent*


**HILLMAN, District Judge**.

    For the reasons expressed in the Court's Opinion filed

on this date,

**IT IS HEREBY ORDERED** on this 10th day of August, 2007, that Petitioner Haim Yuzary's petition for habeas corpus relief under 28 U.S.C. § 2241 is **DISMISSED.**

```
                                    s/Noel L. Hillman
                                 NOEL L. HILLMAN, U.S.D.J.
At Camden, New Jersey
```